IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
CIVIL DIVISION
5th

ARETHA DANIELS                                                                    PLAINTIFF

VS.                                      NO. 35CV-2015- 33 1

WALGREEN CO.
d/b/a WALGREENS #15830                                                   DEFENDANT

COMPLAINT

Now comes the Plaintiff, Aretha Daniels, by and through her attorneys, the Etoch Law Firm, and for her Complaint against the Defendant, Walgreen Co. d/b/a Walgreens #15830 (hereinafter referred to as "Walgreens" or "Defendant"), states:

1. Plaintiff Aretha Daniels is a citizen and resident of Jefferson County, Arkansas. Defendant Walgreens is a corporation with authority to do business in the State of Arkansas and which does do business in the State of Arkansas now and at all times relevant hereto.

2. Jurisdiction and venue are proper in this Court pursuant to Ark. Code Ann. §16-60-112.

3. At all times mentioned herein, Defendant was engaged as a retail store in Pine Bluff, Arkansas, operating for the use of the general public.

4. On or about the 31st day of January, 2015, Plaintiff was a customer at Defendant's store, which was known in the area as Walgreens #15830.

5. On said date, Plaintiff stumbled over the rug in the doorway while she was walking out of the store. It is believed and therefore alleged that Defendant knew or should have known that the rug was present and posed a danger to Plaintiff, because it

1

FILED IN MY OFFICE AND SUMMONS
ISSUED AT 9:09 O'CLOCK AM
JUL 1 0 2015       DATE
LAFAYETTE WOODS, SR., CLERK

had been placed in a way that Defendant should have noticed if it had been practicing due diligence.

6. Defendant carelessly and negligently maintained a dangerous and unsafe condition which exposed patrons/customers/business invitees of its establishment to undue harm. Plaintiff, at the time of her fall, was a patron/customer/business invitee at Defendant's store.

7. Defendant operated its store in such a negligent manner that as a proximate result, Plaintiff sustained severe and permanent injuries to her shoulders, neck, knees and stomach, as well as a shock to her entire nervous system, causing her to experience excruciating mental and physical pain and suffering.

8. As a proximate result of said injuries, Plaintiff was compelled to and did incur expenses for medical care, hospitalization and other expenses. Attached hereto, incorporated herein by reference and marked Exhibit "A" is a list of the itemized medical and special expenses incurred by Plaintiff as of this date, totaling $9,576.56. As a further result of said injuries, Plaintiff has undergone excruciating pain and suffering in the past and will continue to undergo such pain and suffering in the future.

9. Plaintiff requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Aretha Daniels, prays for judgment against the Defendant, Walgreens, for the following:

(a) $9,576.56 for the medical and special expenses incurred to this date by Plaintiff with 6% interest until the time of trial;

(b) $50,000 for Plaintiff's injuries to her shoulders, neck, knees, stomach, and her entire nervous system; said amount including her excruciating pain and suffering and mental anguish experienced in the past and that which she will undergo in the future, her loss of earnings, her loss of earning capacity, and for her continuing medical expenses which will be incurred in the future; and

(c) Her costs.

                      Respectfully submitted,

By: _____
       Louis Etoch (89030)
       Etoch Law Firm
       P.O. Box 100
       Helena, AR 72342
       (870) 338-3591

Exhibit "A"

## MEDICALS & SPECIALS

## ARETHA DANIELS

### DATE OF ACCIDENT: 1-31-15

| | |
|---|---|
| JRMC, 2-4-15 | $1,541.00 |
| Pine Bluff Radiologist, Ltd., 2-4-15 | 90.00 |
| Dr. Roy Burrell, | |
| JRMC, Phys. Ther., 3-2-15---3-30-15 | 3,077.52 |
| JRMC, Phys. Ther., 4-1-15—4-29-15 | 4,213.54 |
| JRMC, Phys. Ther. 5-1-15—5-15-15 | 654.50 |
| Dr. Martha Flowers, | |
| Brookshire Pharmacy, | |
| | |
| Total as of 6-24-15 | $9,576.56 |

Lost income (see notes under treatment)