IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ARETHA DANIELS**                                                                                      **PLAINTIFF**

**VS.**                                        **NO. 5:16-cv-152-PSH**

**WALGREEN CO.**
**d/b/a WALGREENS #15830**                                                                    **DEFENDANT**

## STIPULATION OF DISMISSAL

The parties have settled and compromised their differences in the above captioned matter and hereby stipulate that the complaint of plaintiff Aretha Daniels against defendant Walgreen Co., d/b/a Walgreens #15830 should be dismissed with prejudice.

        ETOCH LAW FIRM
        727 Cherry Street
        P.O. Box 100
        Helena, Arkansas 72342
        *Louis@etochlaw.com*

By:   /s/ Louis Etoch
        Louis Etoch (89030)
        *Attorney for Plaintiff*

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        Fax: (501) 376-9442
        E-mail:   kwilson@wlj.com

By:   /s/ Kyle R. Wilson
        Kyle R. Wilson (89118)
        Quinten J. Whiteside (2015196)
        *Attorneys for defendants Walgreen Co., d/b/a/*
        *Walgreens #15830*