# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ARETHA DANIELS**                                                                    **PLAINTIFF**

**VS.**                          **CASE NO. 5:16CV00152PSH**

**WALGREEN CO.**
**d/b/a WALGREENS #15830**                                          **DEFENDANT**

## ORDER OF DISMISSAL

The parties have settled and compromised this case.  See docket entry no. 40.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendant be, and they are, hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE